| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE _CIRCUIT_ COURT |
| | ) SS: | |
| COUNTY OF _MARION_ | ) | _MARION_ COUNTY |
| _James Strain_ | ) | |
| Defendant, | ) | 2:19-CV-46 JPH DLP |
| | ) | |
| v. | ) | CAUSE NO. _49G01Q909 FA081874_ |
| | ) | |
| _State of Ind._ | ) | |
| Respondent. | ) | |

## MOTION TO ALLOW DEFENDANT TO PARTICIPATE AT TRIAL AS CO-COUNSEL

Comes now defendant, _James Strain_, by counsel, requests this Court to allow him to participate at trial as co-counsel and in support of his Motion states:

1). That he is presently charged with the offense(s) of _PAROLABLE_.

2). It has become evident from the special facts of this case and from the lists of witnesses proposed by both the State and the defense, that his trial and pretrial proceedings will be extended and complex.

3). It further appears that most if not all of the evidence which will be presented in this matter lies within the Defendant's personal knowledge, and in many instances the clarification of such evidence may lie within his exclusive knowledge.

4). That the Defendant has been made aware of the complexities and consequences of a layperson conducting a trial.

5). It is within the Court's discretion to grant a hybrid representation. <u>Myers v. State</u>, 510 N.E.2d 1360 (Ind. 1987).

6). That the Defendant requests and wants this motion brought in his behalf.

**WHEREFORE,** the Defendant requests that he be allowed full participation in the trial as co-counsel for his own defense; and for any and all other relief the Court may deem just and proper within the premises.

_____
Counsel for Defendant

*STRAIN JAMES*
*James Strain*
_____
Defendant

## CERTIFICATE OF SERVICE

I, _James Strain_, hereby certify that a true and correct copy of the foregoing Motion to Allow Defendant to Participate as Co-Counsel was served upon the Office of the Prosecutor for _Marion_ County, _Indianapolis_, Indiana; this _9_ day of _Dec_, 20_19_; by placing the same in the United States Mail, first-class, postage prepaid.

*STRAIN JAMES*
*James Strain*
_____
Defendant

2